Ogonna M. Atamoh, ESQ.
Nevada Bar No. 7589
E-mail: oatamoh@nevadafirm.com
Dean S. Bennett, ESQ.
Nevada Bar No. 6221
E-mail: dbennett@nevadafirm.com
Stacy D. Harrop, ESQ.
Nevada Bar No. 9826
E-mail: sharrop@nevadafirm.com
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:   702/791-1912

*Attorneys for CML-NV Two, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DECATUR RETAIL PARTNERS, LLC,<br><br>　　　　　Debtor. | Dist. Ct. Case No.: 2:13-cv-00032-JCM-NJK<br><br>2:13-CV-00045 (Consolidated) |
| CML–NV TWO, LLC,<br><br>　　　　　Appellant,<br><br>vs.<br><br>DECATUR RETAIL PARTNERS, LLC AND BH FAMILY PARTNERS DECATUR PAD A, LLC,<br><br>　　　　　Appellees. | Bankruptcy Case No. BK-S-12-13579-MKN<br>Chapter 11<br><br>Jointly Administered with:<br>BK-S-12-13582-MKN<br><br>**STIPULATION AND ORDER<br>TO DISMISS APPEAL** |

Pursuant to Local Rule 8018 and Fed. R. of Bankr. Proc. 8001(c)(2), Appellant, CML-NV Two, LLC ("CML"), by and through its attorneys of record, the law firm of Cotton, Driggs, Walch, Holley, Woloson & Thompson and Appellees Decatur Retail Partners, LLC and BH Family Partners Decatur Pad A, LLC ("Debtors"), by an through their attorney of record,

- 1 -

08658-04.001/1083771.doc

1  Timothy S. Cory, Esq., of the law firm Durham Jones & Pinegar, P.C., hereby stipulate and agree
2  as follows:
3      1.    That the above-captioned appeal be withdrawn and dismissed with prejudice; and
4      2.    Any court costs or fees that may be due will be paid by the party owing such costs
5  or fees upon the filing of this stipulation.
6      It is so agreed this 3rd day of June, 2013.

COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON

/s/ Ogonna M. Atamoh
OGONNA M. ATAMOH, ESQ.
Nevada Bar No. 7589
DEAN S. BENNETT, ESQ.
Nevada Bar No. 6221
STACY D. HARROP, ESQ.
Nevada Bar No. 9826
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for CML-NV Two, LLC*

DURHAM JONES & PINEGAR, P.C.

/s/ Timothy S. Cory
TIMOTHY S. CORY, ESQ.
Nevada Bar No. 1972
10785 W. Twain Ave., #200
Las Vegas, Nevada 89135

*Attorneys for Debtors Decatur Retail Partners, LLC and BH Family Partners Decatur Pad A, LLC*

ORDER

IT IS SO ORDERED:

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE
DATED: June 6, 2013

08658-04.001/1083771.doc

- 2 -